# EXHIBIT A

From: **Medvi** <147936572@kcjvjydhd.us>
Date: Wed, Nov 5, 2025 at 9:33 PM
Subject: This might be the easiest way to start Ozempic
To: dallaspottish <dallaspottish@aol.com>

# MEDVi

# Lose 23% of your body weight

Join 500,000+ patients transforming their health with GLP-1

## Feel Better. Live Lighter.

Your weight loss journey doesn't have to be overwhelming. MEDVi makes it simple—with medical expertise, no insurance hassles, and results that speak for themselves.

It's not magic—it's **metabolic science**. Our GLP-1 medications mimic natural hormones that regulate appetite and blood sugar, improving your metabolism and knocking out cravings.

## Doctor-approved. Priced for you.

Get Started with Your Plan
© 2025 MEDVi. 123 Wellness Blvd, Healthtown, USA.
You're receiving this email because you opted in via our website.

If you'd prefer not to receive future emails, Unsubscribe Here.
337 Garden Oaks Blvd #67967, Houston, TX 77018